UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 06-10121 |
| | ) | Chapter 7 |
| DOROTHY M. YOUNG | ) | |
| | ) | ORDER APPROVING REAFFIRMATION |
| Debtor. | ) | AGREEMENT BETWEEN DEBTOR AND |
| | ) | FORD MOTOR CREDIT COMPANY |
| | ) | |

The matter before the Court is the reaffirmation agreement between Debtor and Ford Motor Credit Company filed on February 27, 2007. A hearing thereon with Debtor and her counsel, David J. Fransen, was held on March 15, 2007. At the hearing Debtor was ordered to prepare and file an Amended Part D, explaining how she will make her payments. Debtor filed an Amended Part D on March 26, 2007.

Upon consideration of the record before the Court and

IT APPEARING the agreement, as supplemented by the Amended Part D, complies with 11 U.S.C. § 524(c); and

IT FURTHER APPEARING the agreement, as supplemented by the Amended Part D, will not impose an undue hardship on Debtor or her dependents and that the agreement is in the best interest of Debtor; therefore,

IT IS HEREBY ORDERED the reaffirmation agreement between Debtor and Ford Motor Credit Company, as supplemented by the Amended Part D, is APPROVED.

So ordered: March 29, 2007.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the attached Service List.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

Dorothy M. Young
511 N. Washington St.
Aberdeen, SD 57401

Forrest C. Allred
14 Second Ave SE Ste B
Aberdeen, SD 57401

David J. Fransen
PO Box 1433
Aberdeen, SD 57402

Bruce J. Gering
Office of the U.S. Trustee
230 S Phillips Ave, Suite 502
Sioux Falls, SD 57104-6321

Amy M. Ross
Davenport, Evans, Hurwitz & Smith, L.L.P.
206 W. 14th Street
PO Box 1030
Sioux Falls, SD 57104