Form oclscs

# United States Bankruptcy Court

District Of South Dakota

**In re:**

**Dorothy M. Young**

**Case Number: 06–10121**
**Chapter: 7**

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

IT APPEARING Trustee Forrest C. Allred has filed a final report and final account; and

IT FURTHER APPEARING the trustee has certified the estate has been fully administered; and

IF FURTHER APPEARING no timely objection has been filed by the United States Trustee or a party in interest;

IT IS HEREBY ORDERED that the trustee is discharged; and

IT IS FURTHER ORDERED that the case is closed.

Dated: 5/14/07

BY THE COURT

s/ Charles L. Nail, Jr.
United States Bankruptcy Judge